**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ROY RHODES,

     Plaintiff,                              Case No. 1:23-cv-257

v                                     Hon. Robert J. Jonker

OPUS IVS, INC.,

     Defendant.

---

| | |
|---|---|
| Bradley K. Glazier (P35523) | Courtney L. Nichols (P75160) |
| Robert M. Howard (P80740) | PLUNKETT COONEY |
| BOS & GLAZIER, P.L.C. a division | Attorneys for Defendant |
| of Cunningham Dalman, P.C. | 38505 Woodward Ave., Ste. 100 |
| Attorneys for Plaintiff | Bloomfield Hills, MI 48304 |
| 940 Monroe Avenue, N.W. | (248) 594-6360 |
| Suite 253 | cnichols@plunkettcooney.com |
| Grand Rapids, MI 49503 | |
| (616) 458-6814 | |
| brad@cunninghamdalman.com | |
| robert@cunninghamdalman.com | |

---

**ORDER FOR TRANSFER OF MATTER
TO EASTERN DISTRICT OF MICHIGAN AND EXTENDING TIME TO FILE
FIRST RESPONSIVE PLEADING**

Upon the reading and filing of the foregoing Stipulation of the Parties,

and the Court being otherwise fully advised in the premises;

     **IT IS HEREBY ORDERED** that this matter is transferred from the

Western District of Michigan to the Eastern District of Michigan as the matter

3

was inadvertently filed in the Western District and jurisdiction and venue is proper in the Eastern District.

**IT IS FURTHER HEREBY ORDERED** that that Defendant will respond to the complaint within 21 days after entry of the this order transferring the matter to the Eastern District of Michigan.

**IT IS FURTHER HEREBY ORDERED** that no costs and/or fees shall be assessed to either party in this matter in connection with this stipulation and order.

**IT IS SO ORDERED**.

Dated: \_\_\_\_April 12, 2023_____        \_\_/s/ Robert J. Jonker_____
                                            U.S. DISTRICT COURT JUDGE

4